**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JEREMIA KUHEPA KAAMBO,

                    Plaintiff,

    -against-                                        22 **CIVIL** 9447 (LTS)

                                                          **<u>JUDGMENT</u>**

THE OFFICE OF THE UNITED STATES
SECRETARY-GENERAL,

                    Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 21, 2023, Plaintiff's complaint, filed IFP under 28 U.S.C. § 1915(a)(1), is dismissed for lack of subject matter jurisdiction. See Fed. R. Civ. P. 12(h)(3). The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962)**.**

**Dated:**  New York, New York

        February 24, 2023

                                                               **RUBY J. KRAJICK**

                                                                 _____
                                                                   **Clerk of Court**

                                        **BY:**     *K. Mango*

                                                                   _____
                                                                  **Deputy Clerk**